IGNATZ OESTERMEICHER, Appellant, *v.* THOMAS A. RAISBECK, Respondent.

(Argued November 29, 1887; decided December 6, 1887.)

*W. R. Spooner* for motion.

*Wehle & Jordan* opposed.

Agree to grant motion to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM F. PARKS, Appellant, *v.* MARGAURIET A. MURRAY, Impleaded, etc., Respondent.

(Argued November 29, 1887; decided December 6, 1887.)

*George S. Wilkes* for motion.

*James Kearney* opposed.

Agree to grant motion to dismiss appeal; no opinion.
All concur.
Appeal dismissed.